UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
DEBBIE HAUK; SHELDA LUNSFORD;            :
JEANNE PLANTENBE; BONNIE RICHARD;        :
HOLLY SHARPE; WAYNE SUMP; LOIS           :
TATE; CATHY REEVES VAUGHN; DAVID         :
VOHS; WANDA M. WILSON; ROBERT            :
ZIEBELL,                                 :
                                         :
         Plaintiffs,                     :   Civil Action
v.                                       :   No. 04-11084-GAO
                                         :
INDEVUS PHARMACEUTICALS, INC., F/K/A     :
INTERNEURON PHARMACEUTICALS, INC.;       :
WYETH, INC., F/K/A AMERICAN HOME         :
PRODUCTS CORPORATION; WYETH              :
PHARMACEUTICALS, INC F/K/A WYETH-        :
AYERST PHARMACEUTICALS, INC., A          :
DIVISION OF AMERICAN HOME PRODUCTS       :
CORPORATION; AND BOEHRINGER              :
INGELHEIM PHARMACEUTICALS, INC.,         :
                                         :
         Defendants.                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## NOTICE OF APPEARANCE

Please enter our appearance as counsel of record for Defendant Indevus Pharmaceuticals, Inc. in the above-captioned action.

Dated: August 27, 2004         Respectfully submitted,
       Boston, Massachusetts

                               /s/Matthew J. Matule
                               Matthew J. Matule (BBO #632075)
                               SKADDEN, ARPS, SLATE,
                                 MEAGHER & FLOM LLP
Of Counsel:                    One Beacon Street
Barbara Wrubel                 Boston, Massachusetts 02108
Katherine Armstrong            (617) 573-4800
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                 Counsel for Defendant
                               Indevus Pharmaceuticals, Inc.